# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| **SmileDirectClub, LLC,** | ) |
| Petitioner, | ) Case No. 22-MC-81600-SINGHAL/MCCABE |
| v. | ) |
| **Selwyn Singer,** | ) Related to Action Pending in the U.S. District Court of the Middle District of Tennessee, *Ciccio, et al. v. SmileDirectClub, LLC, et al.*, 3:19-cv-00845 |
| Respondent. | ) |

## MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

Consistent with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves:

A. For the admission *pro hac vice* of Hannah M. Stowe of the law firm Benesch, Friedlander, Coplan & Aronoff LLP, 71 South Wacker Drive, Suite 1600, Chicago, Illinois 60606-4637, 312-624-6383, for purposes of appearance as co-counsel on behalf of Petitioner SmileDirectClub, LLC in the above-captioned case only; and

B. To permit Hannah M. Stowe to receive electronic filings in this case, pursuant to Rule 2B of the CM/ECF Administrative Procedures.

In support of those requests, the undersigned states as follows:

1. Hannah M. Stowe is not admitted to practice in the Southern District of Florida.

2. Ms. Stowe is a member in good standing of the Illinois State Bar.

3. Ms. Stowe is a member in good standing of the following federal district and circuit courts: U.S. Court of Appeals for the Seventh Circuit; U.S. District Court for the Northern District of Illinois; and U.S. Bankruptcy Courts for the Northern District of Illinois.

4. Movant, Alan D. Lash of Lash Goldberg, 100 SE 2nd St, Miami, FL 33131, (305) 347-4040, is a member in good standing of The Florida Bar and the U.S. District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

5. Consistent with this Court's Local Rules, Hannah M. Stowe has made payment of the Court's $200.00 admission fee. A Local Rule 4(b) certification is attached to this motion.

6. Hannah M. Stowe, by and through designated counsel and consistent with Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Hannah M. Stowe at email address: hstowe@beneschlaw.com.

WHEREFORE, Alan D. Lash moves this Court to enter an Order allowing Hannah M. Stowe to appear before this Court on behalf of Petitioner SmileDirectClub, LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Hannah M. Stowe.

Respectfully submitted,

/s/ Alan D. Lash
Alan D. Lash
Florida Bar No. 510904
alash@lashgoldberg.com
Jonathan E. Siegelaub
Florida Bar No. 1019121
jsiegelaub@lashgoldberg.com
Lash & Goldberg, LLP

100 S.E. 2nd Street, Suite 1200
Miami Tower
Miami, Florida 33131
Tel.: 305.347.4040
Fax: 305.347.4050

Matthew Langley
Benesch, Friedlander, Coplan and Aronoff, LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
mlangley@beneschlaw.com

*Counsel for Petitioner*